# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 2:12 cr 832-1 |
| v. | : | **WAIVER OF INDICTMENT** |
| MERCER S.M.E., INC. | : | |

MERCER S.M.E., INC., by and through its President **Susan Esposito**, hereby certifies as follows:

MERCER S.M.E., INC., charged with violating 15 U.S.C. §1 being advised of the nature of the charges, the proposed Information, and its rights, hereby waive in open court on (Date) **December 19, 2012** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MERCER S.M.E, INC.
Defendant
By: Susan Esposito

_____
Douglas M. Tween, Esq.
Counsel for Defendant

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge