```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                   DATE: 19 December 2012


JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                           Docket # 2:12cr832-1

U.S.A.  v.  Mercer S.M.E., Inc.

Appearances:

AUSA     Bryan Bughman, Debra Brookes & Charles Reilly
D        Douglas Tween & Joseph Rindone


Nature of proceedings:

Corporate representative sworn
Corporate Resolution attached to PA
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 15 April 2013 @10:00 am



Time Commenced   11:00
Time Adjourned   11:30



cc: chambers                          Scott P. Creegan
                                      Deputy Clerk
```