UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                            DATE: 15 April 2013

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                                    Docket # 2:12cr832-1

U.S.A.  v.  Mercer S.M.E., Inc.

Appearances:

AUSA    Bryan Bughman & Charles Reilly
D       Douglas Tween
Prob.   Randi Martorano

Nature of proceedings:

SENTENCE:

Ct. 1    2 yrs. Probation
Standard w/special conditions imposed
1. Fine $15,000, Interest waived (below guideline on variance)
   Monthly installments of $2,000 per month
2. Special Assessment $400.00
Deft. Advised of right to appeal

Time Commenced_____
Time Adjourned_____


cc: chambers                                  Scott P. Creegan_____
                                              Deputy Clerk