PAUL J. FISHMAN
UNITED STATES ATTORNEY
LEAH A. FARRELL
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NEW JERSEY  07102
(973)645-2736
LAB0321

July 12, 2013

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. DENNIS M. CAVANAUGH** |
| *PLAINTIFF,* | : | *CRIMINAL No. 12-832* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **MERCER S.M.E., INC,** | : | Document filed electronically |
| *DEFENDANT*. | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Mercer S.M.E., Inc.

        PAUL J. FISHMAN
        UNITED STATES ATTORNEY


        s/ LEAH A. FARRELL
By:   LEAH A. FARRELL
        ASSISTANT U.S. ATTORNEY